No. 260. GIBBONS ET AL. v. CITY OF CHICAGO. Sup. Ct. Ill. Certiorari denied. *Arthur Abraham* for petitioners. *Sydney R. Drebin* for respondent.

No. 263. LA PELUSO v. CALIFORNIA. Dist. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Emma P. Lum* for petitioner.

No. 266. COLELLA v. UNITED STATES. C. A. 1st Cir. Certiorari denied. *David E. Feller* and *Jerry D. Anker* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 268. PARTIN v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Teddy W. Airhart, Jr.,* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 269. SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA, ET AL. v. FIRST NATIONAL BANK OF OAKLAND. Dist. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Paul N. McCloskey* and *William I. Cohen* for petitioners.

No. 278. SCHUTZBANK, CORPORATIONS COMMISSIONER OF CALIFORNIA v. ELLIOTT, TRUSTEE IN BANKRUPTCY. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, and *Arthur C. De Goede* and *David W. Halpin,* Deputy Attorneys General, for petitioner. *Thomas S. Tobin* for respondent.